UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEMONDRAY D. MAYO,<br><br>　　　　　　　　　Plaintiff<br><br>　　v.<br><br>NEVADA DEPARTMENT OF CORRECTIONS,<br><br>　　　　　　　　　Defendant | Case No.  3:24-cv-00529-MMD-CLB<br><br>**ORDER** |

**I.	DISCUSSION**

On November 21, 2024, Plaintiff, an inmate in the custody of the Nevada Department of Corrections ("NDOC"), initiated this case with an application to proceed *in forma pauperis* and a list of exhibits. (ECF Nos. 1, 1-1). Plaintiff did not file a complaint.

Under Federal Rule of Civil Procedure 3, "[a] civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. As such, the Court grants Plaintiff **until January 5, 2025**, to submit a complaint to this Court.

**II.	CONCLUSION**

For the foregoing reasons, it is ordered that Plaintiff will submit a complaint to this Court on or before **January 5, 2025**.

It is further ordered that the Clerk of the Court will send to Plaintiff the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same. The Clerk of the Court will also send Plaintiff a copy of his exhibits (ECF No. 1-1).

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complaint.

DATED THIS 6th day of December 2024.

_____
UNITED STATES MAGISTRATE JUDGE